JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GREGORIO OCAMPO,              ) NO. CV 13-7723-GAF(E)
                             )
            Petitioner,       )
                             )
     v.                       )              JUDGMENT
                             )
A. GONZALEZ, Warden,          )
                             )
            Respondent.       )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


    IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


        DATED:   December 5, 2013

                                    _____
                                       GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE